# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Joel Henry Bowkley                                    Docket No. 4:01-CR-41-1H

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joel Henry Bowkley, who, upon an earlier plea of guilty to Unlawful Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), and Knowingly Making False Statements in Acquisition of a Firearm, in violation of 18 U.S.C. § 922(g)(6), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on February 20, 2003, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall pay a special assessment of $200.00 and a fine of $5,000.00.

Joel Henry Bowkley was released from custody on September 25, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** At the time of the defendant's release, the balance on the financial obligation was $3,730.00. When the defendant was sentenced in 2003, it was ordered that the fine

Joel Henry Bowkley
Docket No. 4:01-CR-41-1H
Petition For Action
Page 2

be due in full immediately. The defendant does not have the ability to pay the fine in full. Therefore, it is recommended the defendant be permitted to make payments in installments of $50.00 per month until the financial obligation is paid in full. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall make payments towards the financial obligation originally imposed in this case in installments of $50.00 per month until paid in full.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: December 2, 2014

### ORDER OF COURT

Considered and ordered this 4th day of December, 2014, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge